359 A.2d 922

COMMONWEALTH

v.

GARDNER, Appellant.

Submitted April 12, 1976. John R. Cook, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Thomas M. Lilly, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Order affirmed.

360 A.2d 224

COMMONWEALTH

v.

GAYDOS, Appellant.

Submitted November 17, 1975. Lester G. Nauhaus, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Louis R. Paulick, Assistant District Attorney, and John J. Hickton, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.